November 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

PATRICIA ANN POTTS, Appellant

NO. 14-12-00648-CV                    V.

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, ET AL,
Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on June 15, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Patricia Ann Potts.

We further order this decision certified below for observance.